UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STEVEN LEE MOY,

        Plaintiff,                      Case No. 1:08cv779

v.                                        Hon. Robert J. Jonker

INGHAM COUNTY PROSECUTING
ATTORNEY,

        Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 25, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 25, 2008, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that plaintiff's Complaint is **DISMISSED** based on 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c). Dismissal of this action counts as a strike for purposes of 28 U.S.C. § 1915(g).

        **IT IS FURTHER ORDERED** that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wriglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

                                                /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE

DATED: December 15, 2008.